UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTHONY C. CHANCY, SR.,

    Plaintiff,

v.                                                               Case No. 15-CV-767

JUDY P. SMITH AND CARRIE SPRANGER,

    Defendants.

ORDER GRANTING DEFENDANTS' MOTION TO
STAY DISPOSITIVE MOTIONS DEADLINE (DOC. 48)

The defendants have filed a motion to stay the dispositive motions deadline on the ground that on December 30, 2016, they filed a motion for summary judgment for failure to exhaust administrative remedies. Because an inmate plaintiff's failure to exhaust administrative remedies is a precondition to suit, *See* 42 U.S.C. § 1997e(a), it is in the interest of judicial economy that defendants receive the relief requested in their motion. Therefore,

IT IS ORDERED that the defendants' motion to stay the dispositive motions deadline (Docket 48) is granted.

IT IS FURTHER ORDERED that the dispositive motions deadline is stayed until the court rules on defendants' pending summary judgment.

Dated at Milwaukee, Wisconsin, this 18th day of January, 2017.

                                                                BY THE COURT

                                                                 /s/ C. N. Clevert, Jr.
                                                                 C. N. CLEVERT, JR.
                                                                 U.S. District Judge